Name: _Alethea O'Toole_

Address: _1308 E Colorado Blvd., 516_

_Pasadena, CA 91106_

Phone: _(213)393-5064_

Fax: _____

In Pro Per

```
                    FILED
            CLERK, U.S. DISTRICT COURT

              07/27/2025

         CENTRAL DISTRICT OF CALIFORNIA
         BY_____GSA_____DEPUTY
         DOCUMENT SUBMITTED THROUGH THE
         ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alethea C. O'Toole | CASE NUMBER: |
|---|---|
| Plaintiff | 2:25-CV-04849-ODW-BMFx |
| v. | |
| Nickelodeon Animation Studio, Inc., et al... | **Subsequent Document to Motion for Injunction** |
| Defendant(s). | |

Enclosed are subsequent documents as exhibits and attachments to the Complaint and Request for Injunction Plaintiff is seeking. Plaintiff asks the Court of immediate injunctive relief to stop the merger between National Amusements d.b.a. Paramount Global, ViacomCBS, and Nickelodeon, and Skydance Mediax, on grounds that Unfair Competition, Fair Use, and Deceptive Practices are at the heart of the Copyright Infringement case outlined within the claim filed with the court this May of 2025. Plaintiff claims that in accordance with FCC rules the corporations' licenses are nontransferable under such practices; and furthermore that Plaintiff would be denied her due process of law entered into at the United States District Court, Central District of California prior to the recent FCC clearing of the merger.

Plaintiff has provided evidence of such clearing requirements and exhibits that the infringement is still occurring.

1    Dated: June 27th, 2025

2    Signed By: __/s/_Alethea C. O'Toole__

3    Plaintiff Pro Se

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# OFFICE OF COMMISSIONER TRUSTY

**Media Contact:**
TrustyPress@fcc.gov

**For Immediate Release**

## STATEMENT OF COMMISSIONER TRUSTY ON FCC APPROVAL OF MERGER BETWEEN SKYDANCE MEDIA AND PARAMOUNT GLOBAL

WASHINGTON, July 24, 2025—

**Commissioner Olivia Trusty issued the following statement:**

"I support today's approval of the Paramount Global and Skydance Media merger.  This transaction reflects the free market at work, where private investment, not government intervention, is preserving an iconic American media institution.

During its review of the transaction, the Commission determined the merger was lawful and would serve the public interest.  This deal brings fresh leadership, new capital, and a clear plan to compete with dominant tech platforms.  Skydance's commitment to creative excellence and operational discipline offers New Paramount a real path forward in today's challenging media environment.

This is a win for American jobs, American storytelling, and the principle that markets, not Washington, should decide the future of our industries.

I want to thank Chairman Carr for his leadership in bringing the merger to a full Commission vote.  His commitment to transparency and process has ensured that this matter received the thorough consideration it deserves."

### ###

Office of Commissioner Trusty: (202) 418‑ 2300 / Twitter: @OliviaTrustyFCC /
www.fcc.gov/about/leadership/olivia‑trusty

*This is an unofficial announcement of Commission action.  Release of the full text of a Commission order constitutes official action.  See MCI v. FCC, 515 F.2d 385 (D.C. Cir. 1974).*

ECONOMY    ENTERTAINMENT    HEALTH    NEWS    SPORT    TECHNOLOGY    WORLD

The **Skydance Paramount deal** isn't a conventional acquisition. It's structured as a transaction where Skydance acquires a majority stake in Paramount's film and television studio. Here's a breakdown of the core components:

*Financials: The deal is valued at approximately $8 billion.*



Karoline Leavit, 27, Her Bikini Photo Leaves Nothing To Imagination—Proof In Pic

**Ownership:** Skydance will gain controlling ownership of Paramount's studio operations.

*paramount's Remaining Assets: Paramount will retain ownership of its networks, including CBS, BET, Nickelodeon, and MTV.*

**David Ellison's Role:** Skydance CEO David Ellison will take the helm as CEO of the combined studio.

This structure allows Paramount to address financial pressures while retaining control over its valuable broadcasting assets. The merger aims to leverage Skydance's financial backing and production expertise to revitalize Paramount's studio business.



FILE PHOTO: Paramount Global and Skydance logos are seen in this illustration taken December 17, 2024. REUTERS/Dado Ruvic/Illustration/File Photo
© provided by RawStory

Paramount executives are concerned they could face bribery accusations if they agree to settle a liability lawsuit with President Donald Trump.

Paramount has mulled over the idea of settling a lawsuit Trump filed against CBS News over a "60 Minutes" interview, the Wall Street Journal reported Friday.



Macy's

**Basic Essentials 32-Pc. Nonstick Aluminum...**

Ad

Trump sued CBS for $10 billion, claiming an interview with Vice President Kamala Harris was "doctored."

**Want more breaking political news? Click for the latest headlines at Raw Story.**

Trump refused invitations for an in-person interview after the show said it would fact-check him. However, producers went ahead with the Harris interview and revealed the back-and-forth with the Trump

Continue reading

## Sponsored Content



Proud Veteran Savings

**10 "Ridiculous" Veteran Perks (See Full List)**

Ad



Coursera

**Online Certificate Courses**

Ad

## More for You

 ADWEEK

Wednesday, Feb. 12 Cable Evening News Ratings: Jake Tapper and Wolf Blitzer Split Most-Watched...



Slingshot News · 15h

**'A Tragedy For The FBI': Adam Schiff Loses It Over Kash Patel Confirmation...**



D Deadline · 18h

**Sheryl Crow Sells Donates Money T "Under Threat By**


# Los Angeles Times

**Politics** › | Trump Administration | California Politics | L.A. Politics

HOLLYWOOD INC.

# FCC approves Paramount-Skydance merger following protracted political tug-of-war



Oracle billionaire Larry Ellison (left) and son David Ellison will soon control Paramount Global.  (Eric Charbonneau / Getty Images)



**By Meg James**
Senior Entertainment Writer  |  𝕏 Follow

July 24, 2025 **Updated** 3:14 PM PT

David Ellison stepped within reach of his hard-fought prize, Paramount Global, after winning regulators' blessing for his Skydance Media's $8-billion takeover of the storied media company.

The Federal Communications Commission, led by President Trump-appointed Chairman Brendan Carr, approved the Skydance-Paramount merger Thursday after months of turmoil and a monumental collision between the president's broad powers and press freedoms.

Carr's consent came just three weeks after Paramount agreed to pay Trump $16 million to settle the president's lawsuit over edits to a "60 Minutes" broadcast. Trump had claimed CBS producers doctored the October interview with then-Vice President Kamala Harris to boost her election chances. CBS denied his allegations, saying the edits were routine.

1st Amendment experts called Trump's suit "frivolous." But, after months of internal upheaval, Paramount capitulated. The move was widely seen as a prerequisite for Skydance to win FCC approval and push the Paramount-Skydance merger over the finish line.

Trump has said on social media that, as part of the settlement, he also expects the new owners to provide another $20 million in public service announcements and other free programming.



HOLLYWOOD INC.

**'Spineless capitulation.' Paramount faces backlash over its $16-million Trump settlement**

July 2, 2025

The FCC approval clears the final regulatory hurdle for the acquisition that will bring another technology titan to Hollywood.

Carr authorized the transfer of Paramount's CBS television station licenses to Larry Ellison, Oracle's co-founder who ranks among the world's richest men, and his family.

"Americans no longer trust the legacy national news media to report fully, accurately, and fairly. It is time for a change," Carr said in a statement. "That is why I welcome Skydance's commitment to make significant changes at the once storied CBS broadcast network."



HOLLYWOOD INC.

**DEI is dead at Paramount, David Ellison's Skydance promises FCC**

July 23, 2025

The FCC commissioners voted 2-1 in favor of the deal. Two Republicans, Carr and Olivia Trusty, voted yes, while Anna Gomez, the lone Democrat on the panel, dissented.

"After months of cowardly capitulation to this Administration, Paramount finally got what it wanted," Gomez said in a statement. "Unfortunately, it is the American public who will ultimately pay the price for its actions."

The Ellisons' takeover of Paramount is expected to be complete in the coming days.

FCC approval came the day after Comedy Central's "South Park" launched its 27th season with a scathing episode that skewered both Paramount and Trump, who was depicted nude and in bed with Satan, mirroring the show's past portrayals of Saddam Hussein.

Santa Monica-based Skydance, which is owned by the Ellison family and backed by private equity firm RedBird Capital Partners, faces an uphill slog to restore Paramount to its former glory. Years of programming underinvestments, management missteps and ownership turmoil have taken a heavy toll.

Viewers' [shift to streaming](#) has upended Paramount's TV networks: CBS, Comedy
Central, Nickelodeon, MTV and BET. Paramount Pictures lags behind Disney, Universal
and Warner Bros.

---



**HOLLYWOOD INC.**

**How Paramount's $16-million Trump settlement came together — and could've
fallen apart**

July 4, 2025

---

Sumner Redstone's family will exit the Hollywood stage after nearly 40 years. The
pugnacious mogul from Boston, [who died five years ago](#), presided during an era of
entertainment excesses in the 80s, 90s and early aughts — when Paramount released
beloved blockbusters and cable television was in its heyday.

For a stretch this spring, it seemed the Skydance [deal could unravel](#).

The FCC's review had stalled amid the legal wrangling over Trump's lawsuit. Carr, in
one of his first moves as chairman, separately opened an FCC inquiry into alleged news
distortion with the "60 Minutes" Harris interview — putting CBS uncomfortably under
the microscope.

Paramount's controlling shareholder Shari Redstone (Sumner's daughter), and some
Skydance executives, urged Paramount to settle. But CBS News executives refused to
apologize to Trump for the "60 Minutes" edits, saying CBS journalists did nothing
wrong. The settlement, which [steers money to Trump's future presidential library](#), did
not include an apology from CBS News or Paramount.

Two high-level CBS News executives departed and three progressive U.S. senators
demanded answers. Sen. Elizabeth Warren (D-Mass.) and the others lambasted the
settlement talks, saying that paying Trump money to end a "bogus" lawsuit simply to get
a merger approved could be akin to paying a bribe.



HOLLYWOOD INC.

**After CBS and ABC's Trump settlements, Democrats want to curb presidential library gifts**

July 16, 2025

---

The winds shifted in June.

David Ellison, [Larry's 42-year-old son](#), talked briefly with Trump at a UFC fight in New Jersey. Days later, Trump talked favorably about his friendship with Larry Ellison and the Paramount-Skydance deal.

"Ellison's great," T[rump told reporters in mid-June](#). "He'll do a great job with it."

David Ellison last week met with Carr in Washington to persuade him that Paramount would be in good hands. They discussed the firm's commitments and management philosophies. Skydance also gave assurances that Chinese investors would not have a say in the company's affairs.

Last week, CBS separately said it was [canceling "The Late Show With Stephen Colbert](#)," in May. The company said the move was financial, but conservatives and progressives alike questioned the timing due to the pending merger and Colbert's pointed barbs at Trump.

---



HOLLYWOOD INC.

**Why Paramount's efforts to settle Trump's lawsuit have drawn mounting political heat**

June 5, 2025

---

Skydance outlined its planned changes at Paramount in a letter this week to Carr.

Skydance [promised to cancel all diversity initiatives, disband its Office of Global Inclusion](#) and strip references to DEI from its internal and external messaging. The company also said news and entertainment programming would not tilt in any one political direction.

"New Paramount's new management will ensure that the company's array of news and entertainment programming embodies a diversity of viewpoints across the political and ideological spectrum, consistent with the varying perspectives of the viewing audience," Skydance's general counsel Stephanie Kyoko McKinnon wrote in Tuesday's letter to Carr.

The company said it would install an ombudsman at CBS News for at least two years.

"They are committing to serious changes at CBS," Carr told reporters in Washington earlier Thursday. "I think that would be a good thing. They've committed to addressing bias issues. They committed to embracing fact-based journalism."



HOLLYWOOD INC.

**David Ellison's journey from trust fund kid to media mogul vying to buy Paramount**

April 22, 2024

Ellison began his pursuit of Paramount two years ago.

He formalized his bid by January 2024. After months of negotiations, Paramount's board and Redstone approved the Skydance takeover July 7, 2024.

Paramount's leaders considered other prospective owners but concluded that Skydance, with its Ellison backing, would bring a solid financial foundation for a company that traces its roots back more than a century. Redstone also wanted Paramount to remain whole, rather than broken into pieces.

As part of the agreement, Skydance will be folded into the public company. Its backers
will inject new capital to bolster Paramount's finances and install a new cadre of leaders.
Ellison will serve as chairman and chief executive. Former NBCUniversal Chief
Executive Jeff Shell is slated to be president.

CBS' current leader George Cheeks, one of Paramount's three co-chief executives, could
join the new regime. But the two other current chiefs, Chris McCarthy and Brian
Robbins, are expected to depart.



**HOLLYWOOD INC.**

**How Paramount's $16-million Trump settlement came together — and could've
fallen apart**

July 4, 2025

The Skydance deal is expected to be executed in two parts. Larry Ellison and RedBird
will buy out the Redstone family holding company, National Amusements Inc., for $2.4
billion.

After their debts are paid, the Redstone family will leave with $1.75 billion. The family
controls 77% of Paramount's voting shares, which will be passed to the Ellisons and
RedBird.



**HOLLYWOOD INC.**

**'South Park' creators reach deals with Paramount that rank among the richest in
television history**

July 22, 2025

Under the deal terms, the new Paramount will offer to buy out some shares of existing
shareholders and inject $1.5 billion into Paramount's strained balance sheet.

Paramount will then absorb Skydance, which has a movie, television, animation, video games and sports unit. The deal values Skydance at $4.75 billion.

"We're going to reorganize and restructure the business to prioritize cash flow generation," David Ellison told investors last July. "With a track record in both entertainment and technological expertise [we will] be able to transition the company through this period of time to ensure that Paramount's brightest days are ahead."

## More to Read

**The $8-billion Skydance-Paramount Global deal is finally closing. Now what?**

July 25, 2025



**Inside CBS News: Fear, anger and a silver lining after Paramount-Trump settlement**

July 3, 2025



**Paramount agrees to pay $16 million to settle Trump's CBS '60 Minutes' lawsuit**

July 1, 2025





**Meg James**

Meg James is a senior entertainment industry writer for the Los Angeles Times. She was the lead reporter for The Times' coverage of the deadly "Rust" shooting on a New Mexico film set in 2021, work recognized by the Pulitzer Prize board as a finalist in breaking news. A member of the Company Town team for two decades, James specializes in covering television, corporate media and investigative projects. She

previously wrote for the Miami Herald and the Palm Beach Post. A native of
Wyoming, she is a graduate of the University of Colorado and Columbia University.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information



Endless entertainment starting at $7.99

## The Casagrandes Movie

2024  •  TV-Y7  •  Kids

On a birthday trip to Mexico, 12-year-old Ronnie Anne accidentally frees a demigod trapped in a mountain and needs her family's help to set things right.

*Starring:* Izabella Alvarez, Sumalee Montano, Paulina Chávez

## Trailers




**TEASER**
Teaser: The Casagrandes Movie

**TRAILER**
Trailer: The Casagrandes Movie

## More Details

**Watch offline**
Available to download

**Genres**
Family Movies, Kids & Family Movies, Comedy Movies

**This show is ...**
Imaginative, Heartfelt, Kids, Girl Power, Coming-of-age, Goofy, Supernatural, Comedy, Movie,
Nickelodeon, Growing Up, Family Life

**About The Casagrandes Movie**
Go behind the scenes and learn more on **Tudum.com**

**Audio**
German – Audio Description, German, English – Audio Description, English [Original], Spanish
(Latin America) – Audio Description, Spanish (Latin America), French – Audio Description, French,
Mandarin (Guoyu)

**Subtitles**
English, Spanish (Latin America), French, Chinese (Simplified), Chinese (Traditional)

**Cast**
Izabella Alvarez, Sumalee Montano, Paulina Chávez, Angélica Aragón, Sonia Manzano, Kate del
Castillo, Alex Cazares, Carlos PenaVega, Carlos Alazraqui, Rubén Garfias

## You Might Also Like



Endless entertainment starting at $7.99

## The Loud House Movie

2021  •  TV-Y7  •  Kids

With his parents and all 10 sisters in tow, Lincoln Loud heads to Scotland and learns that royalty runs in the family in this global musical journey!

**Starring:** Asher Bishop, David Tennant, Michelle Gomez

## Trailers





**TEASER**
Teaser: The Loud House Movie

**TEASER**
Teaser 2: The Loud House Movie

**TRAILER**
Trailer: The Loud House M

## More Details

**Watch offline**
Available to download

**Genres**
Family Movies, Kids & Family Movies, Kids Music, Comedy Movies, Musicals

**This show is ...**
Imaginative, Goofy, Kids Music, Notable Soundtrack, Family Relationship, Exciting, Musical, Movie, Dragons, Siblings, Family Life

**Audio**
German, English - Audio Description, English [Original], Spanish (Latin America), French, Mandarin (Guoyu)

**Subtitles**
English, Spanish (Latin America), French, Chinese (Simplified), Chinese (Traditional)

**Cast**
Asher Bishop, David Tennant, Michelle Gomez, Jill Talley, Brian Stepanek, Catherine Taber, Liliana Mumy, Nika Futterman, Cristina Pucelli, Jessica DiCicco

## You Might Also Like

# NickALive!

Welcome to NickALive!, bringing you the latest Nickelodeon news for Nickelodeon channels around the world.

| Smurfs | Kids' Choice Awards | SpongeBob | TMNT | Avatar 20 | Wylde | Well Versed | Paramount+ | Thundermans | Rugrats | What's |



SO MUCH MORE SPONGEBOB
EXCLUSIVELY ON Paramount+
GET STARTED



**Happy 25th Anniversary, N**

nickelodeon

**Connect With NickALive**



**Submit A News Scoop!**

**Donate to Save the Childr**



**Monday, May 26, 2025**

## Nickelodeon UK to Premiere 'The Loud House' Season 9 on June 5

Things are about to get LOUD as Nickelodeon is bringing your brand new episodes of *The Loud House*, premiering weekdays at 7:30am with a replay at 4:30pm starting Monday 5th June 2025, only on Nickelodeon UK & Ireland!



**Monday 5th June 2025 - Crystal Ballin' / Most Dangerous Gamer:** Lynn tries to control her future in 'Crystal Ballin'', and then in 'Most Dangerous Gamer', Lincoln and crew try to beta test a new game. (S9, ep 1; season nine premiere)

**Tuesday 6th June 2025 - Meet the Purrents / Apartment Complex:** Lori and Bobby find a kitten in 'Meet the Purrents', then in 'Apartment Complex', after telling her family how great her apartment is, Lori's sisters secretly take over her space. (S9, ep 3)

**Wednesday 7th June 2025 - Pet Project / Cuff Break:** Lana struggles to leave her pets behind for the weekend in 'Pet Project', and in 'Cuff Break', after Lincoln tests a magic trick on Grouse, they get handcuffed together. (S9, ep 4)

**Thursday 8th June 2025 - Prom-Com / Scene Steeler:** Leni is put in charge of the school's prom in 'Prom-Com', then in 'Scene Steeler', Lincoln and Clyde cast Luan as the villain in their film and have to deal with her method acting. (S9, ep 5)

**Search NickALive!**

**Explore with Dora!**





The Loud House New Episodes Promo 1 - Starting June 2, 2025 (Nick...



The Loud House New Episodes Promo 2 - Starting June 2, 2025 (Nick...

**Paramount+ UK & Ireland is HERE! Stream a Mountain of Entertainment, including your Nickelodeon favourites! Try it FREE at ParamountPlus.com!**

Paramount+ is also available with Sky Cinema at no extra cost.

**Shop Nickelodeon:** https://www.paramountshop.com

If you love Nickelodeon, hit the YouTube subscribe button - http://bit.ly/1Dl75Rg

To watch full episodes of all of your favourite shows, tune in to the Nickelodeon and NickToons UK TV channels.

For more ways to laugh your pants off...

Official Nickelodeon UK website: http://nick.co.uk
Like Nick on Facebook: https://facebook.com/NickelodeonUK
Follow Nick on:
TikTok: https://www.tiktok.com/@nickelodeonuk
Twitter: https://twitter.com/NickelodeonUK

*More Nick: 'PAW Patrol' Land Set to Open at Chessington World of Adventures In The U.K. In 2026!*

*Follow NickALive! on Twitter, Reddit, Instagram, Facebook, Google News, Tumblr, via RSS and more for the latest Nickelodeon UK and The Loud House Universe News and Highlights!*

Posted at 5/26/2025 12:58:00 AM    
Labels: Nickelodeon Highlights, Nickelodeon International, Nickelodeon News, Nickelodeon Promos, Nickelodeon Shows, Nickelodeon UK Highlights, Nickelodeon UK News, NickToons (Animation), The Loud House

No comments:

**Navigation**

Index / Homepage
Nickelodeon's Declaration of Kids'
Mapping Planet Nickelodeon
Music From The SpongeBob Music
NickALive! Social Feed
Postcards From Planet Nickelodeon
Nickelodeon Ooze News Archive
Contact NickALive!
Nickelodeon TV Media
List Of Nickelodeon UK's Shows Ar
Nickelodeon UK Timeline (1993-20
Nickelodeon UK Launch Schedule
September 1993 (1/9/1993)
Planet Nickelodeon Roadmap
Ghostbusters: Afterlife News
Aweslime Websites & References
Comment Policy

**Celebrate 25 years of Spon**



**Trending On NickALiv**

What's New on Paramount+ in Aug
Streaming Release Schedule

'Nicktoons & The Dice of Destiny' U
Extended Trailer and New Bosses,
Announces Collector's Edition and
Date

July 2025 on Nickelodeon USA | Pr
Highlights








S2 E8 Sulking and Sulking/Wild
Cruise

S2 E7 Loud Family Court: The
Flames of Justice

22M 30S    22M 29S

# HAVE YOU HEARD? THE LOUDS HAVE A PODCAST!











**The Loud House: "Episode 1: Meet the Loud Family Podcast"**

The Loud kids decide they want to start a podcast but can't agree on what the podcast should be...

6M 33S

**The Loud House: "Episode 2: Luna Loud Podcast"**

Luna gives a tour of her home music studio with her roadie Chunk and discusses her...

7M 59S

**The Loud House: "Episode 3: Lola Loud Podcast"**

Lola uses her podcast hosting opportunity to dish out all of the latest Loud family gossip to the...

7M 56S

**The Loud House: "Episode 4: Leni Loud Podcast"**

Leni gives a tour of her favorite shops and shopkeepers at the Royal Woods Mall, with Lincoln i...

7M 29S

# SUPER LOUD SHORTS!









**The Loud House: "Bathroom Break"**

Lincoln teaches you the three P's to get to the bathroom when you're competing with 10 other...

2M 55S

**Put A Sock In It**

Put A Sock In It: The Loud siblings put on a sock puppet show to comfort a crying Lily.

3M 25S

**Muscle Fish**

This week's Nick Shorts Showcase features... The Loud House! Lincoln and Clyde teach Muscle...

3M 29S

**King of the Chair**

King of the Chair: Trying to not repeat history, the Loud siblings promise not to destroy Dad's ne...

3M 41S



# SURVIVAL OF THE LOUDEST

How long can you survive the Loud House basement?! Play as your favorite Loud sibling, avoid obstacles, and do your best to beat the clock!

**PLAY NOW**

# READY TO SING REALLY, REALLY LOUD?!









**The Loud House: "The Sister Song"**

POP QUIZ! Can you name all of the Loud Sisters? It's okay...we have trouble too. Don't worry! This...

1M 58S

**The Loud House: "Loud Throw Down!"**

How much do you love singing along with The Loud House?! Check out this extended version...

1M 45S

**The Loud House: Lola's Beauty Pageant Song**

Poised, pink, and pageant ready- here she is, Ms. Lola Loud! This catchy song shares Lola's beaut...

1M 8S

**We Got This Song**

The "We Got This" Song from "Schooled!"

1M 37S

## PLAY ALONG WITH THE LOUDS!









**The Loud House: "Dinner Party"**

Thanksgiving Dinner seating arrangements can be tough... especially when you have 10...

2M 9S

**The Loud House: "The Bases Are Loaded"**

It's baseball season and The Loud House is ready for the big leagues! But organizing a championship...

2M 11S

**"School Supplies Stop Motion with SpongeBob and Lincoln"**

STOP! Ever wonder what your school supplies do when you're not looking? Find out in this TOO...

1M 10S

**The Loud House: "The Name Game"**

Think you're a super fan of The Loud House? Time to prove it! Check out these clues and see if...

3M 3S

## ALL-TIME CASAGRANDES CLIPS









**We Jam Contigo**

This week's Nick Shorts Showcase features... The Casagrandes! Rock out with Bobby Santiago in the...

3M 37S

**The History of the Casagrandes**

Abuelo Hector recounts the history of the Casagrandes – in the middle of Ronnie Anne's...

3M 28S

**K-Pop Dance Battle**

Ronnie Anne and Sid dance battle Sergio in order to win the arcade's top prize – a Yoon Kwan champio...

3M 2S

**Meet the Mercado!**

Ronnie Anne and Bobby greet you as the mercado's 1,000th customer! Now if only they can...

3M 41S

## CHECK OUT THESE AWESOME CHARACTERS









**LINCOLN LOUD**

**CLYDE McBRIDE**

**LORI LOUD**

**LENI LOUD**



# THE LOUD HOUSE

Welcome to the Loud House, home to Lori, Leni, Luna, Luan, Lynn, Lucy, Lana, Lola, Lisa, Lily and Lincoln Loud! The Loud family consists of five older sisters, five younger sisters, and a single brother right in the middle – yeah, that's Lincoln. Eleven siblings sharing everything, including their one bathroom? Yeah, he's gotta do what he can to survive, but despite all the chaos, he wouldn't have it any other way. Meanwhile, Ronnie Anne Santiago is an independent 11-year-old skateboarder who moves to the big city with her mom and brother to live with their extended family, the Casagrandes, who run the local Mercado. These families may be big, but they're also BIG fun! Follow along on their adventures.

Privacy Policy        Terms of Use        Closed Captioning Contact        Grownups        TV Ratings

© 2025 Viacom International Inc. All Rights Reserved. Nickelodeon and all related titles, logos and characters are trademarks of Viacom International Inc.












Paramount+
60 EPISODES WITH SUBSCRIPTION
THE CASAGRANDES
LEARN MORE



LEARN MORE

LEARN MORE

**S1 E3** The two of Clubs/Vacation Daze

Ronnie Anne and Sid look for an after-school activity to do together, but nothing seems to be right for them both. When Maria finally gets a day off, Ronnie Anne has to compete with her family for some much-needed quality time.

22M  Nov 1, 2019

**S1 E4** Snack Pact/The Horror-Scope

The family discovers an amazing tamale cart and tries to keep it a secret from Abuela. Ronnie Anne doesn't believe in an astrological prediction that "love will find her," until it seems to come true. Guest Starring: George Lopez

22M  Nov 8, 2019



LEARN MORE

LEARN MORE

**S1 E5** Arr in the Family/Finders Weepers

Ronnie Anne is determined to help CJ get onstage at a Pirate Dinner Show. Ronnie and Sid have to decide whether they "borrow" money from a lost coin purse they found in the mercado.

22M  Nov 15, 2019

**S1 E6** Operation Dad

Ronnie Anne tries to convince her Dad to move to the city while he is visiting. With the help of Sid, she devises a plan that seems too good to fail.

22M  Jan 19, 2020

LEARN MORE

LEARN MORE

**S1 E7** Stress Test/How to Train Your Carl

The family tries to help Bobby get over his test taking anxieties. Carl gets lost in the city zoo after sneaking away from his family, in search of Keyon, the Komodo dragon.

22M  Feb 2, 2020

**S1 E8** Flee Market/Copy Can't

Bobby struggles to give up control of the mercado during his pizza-versary date with Lori. When Ronnie Anne notices that she's the only person Carlitos won't copy, she's determined to change it!

22M  Jan 31, 2020



# THE LOUD HOUSE

KIDS & FAMILY    2016    7 SEASONS    TV-Y7

Things are crowded in the Loud household, with 11 children -- 10 girls and one boy. 11-year-old Lincoln is in the middle of all of the chaos.

LEARN MORE

## Full Episodes    Season 1 ⌄



LEARN MORE

**S1 E1** Left in the Dark/Get the Message
When Lincoln wants to watch the finale of his favorite show, he has to beat each sister to get to the couch first! After Lincoln leaves a scathing voicemail on Lori's phone, he realizes he has to erase it before she hears it.
22M  May 2, 2016



LEARN MORE

**S1 E2** Heavy Meddle/Making the Case
Lincoln is tired of his sisters meddling in his business until he's being picked on at school. Lincoln secretly videos his sister's most embarrassing moments in order to win a video contest at school.
22M  May 2, 2016

*Paramount+*
176 EPISODES WITH SUBSCRIPTION
THE LOUD HOUSE

LEARN MORE



LEARN MORE



LEARN MORE

**S1 E3** Along Came a Sister/Chore and Peace
Lincoln is given the responsibility of taking home his classes' tarantula, but it gets loose and wreaks havoc! Thinking he has the worst chores, Lincoln decides to go on strike until someone will swap chores with him.

22M  May 4, 2016

**S1 E4** Project Loud House/In Tents Debate
Lincoln has to get to school on time but getting his sisters out the door proves to be the biggest obstacle of all. Lincoln is the deciding vote on going to the beach or the amusement park for their family vacation.

22M  May 4, 2016



LEARN MORE



LEARN MORE

**S1 E5** The Sweet Spot/A Tale of Two Tables
Lincoln devises a plan to get the best seat in the car for a long, family, road trip. Lincoln tries to prove he's mature enough to have dinner at the adult table, leaving the kiddie table behind him.

22M  May 5, 2016

**S1 E6** Driving Miss Hazy/No Guts, No Glori
Tired of doing favors to get a ride from Lori, Lincoln decides it's time to help Leni pass her driver's test. Lincoln conspires with the rest of his sisters to overthrow Lori's tyranny as their "baby"sitter.

22M  May 11, 2016



LEARN MORE



LEARN MORE

**S1 E7** Picture Perfect/Undie Pressure
Lincoln plots to take the "perfect" family photo for his parents' anniversary gift. Lincoln and his sisters bet on who can go the longest without doing their most annoying habits.

22M  May 14, 2016

**S1 E8** Hand-Me-Downer/Sleuth or Consequences
After Lincoln gets a pink hand-me-down bike from Lori, he borrows Lynn's cool BMX bike without telling her. Someone clogged the Loud House toilet and Lincoln sets out to find out whodunit.

22M  May 20, 2016