Alethea C. O'Toole (Plaintiff's Full Name)
1308 E Colorado Blvd., 516 (Address Line 1)
Pasadena, CA 91106 (Address Line 2)
(213) 393-5064 (Phone Number)

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Alethea C. O'Toole,

Plaintiff,

vs.

Nickelodeon Animation Studio, Inc., Nickelodeon Goup, Paramount Global, ViacomCBS, Inc., National Amusements, Inc., Netflix, et al,

Defendant(s).

Case No.: 2:25-CV-04849-ODW

**PROOF OF SERVICE ON AN INDIVIDUAL WITHIN THE UNITED STATES**

I, Choski Robinson (name of server), declare as follows:

1. At the time of service I was at least 18 years of age and **not a party to this lawsuit**.

2. I served copies of the summons, complaint, and certificate and notice of interested parties (hereinafter referred to as "copies").

3. I served the defendant Chris M. Savino (name of Defendant),

1
Proof of Service

4. I served the copies by: **(check only one)**

   a. ☐ **Personal Service** in compliance with the Federal Rules of Civil Procedure. I personally delivered copies to the defendant named in ¶ 3:

      Date: _____ Time: _____

      Address: ___N-A_____ (street)

      _____ (city, state, zip code)

   b. ☐ **Substitute Service at Defendant's Residence** in compliance with the Federal Rules of Civil Procedure. I personally delivered copies to a person of suitable age residing at the defendant's residence and informed him or her of the general nature of the papers. I left the copies with:

      Name: ___N-A_____

      Date: _____ Time: _____

      Address: _____ (street)

      _____ (city, state, zip code)

   c. ☐ **Combination Service at Defendant's Place of Business** in compliance with the California Code of Civil Procedure. I made at least 3 attempts to personally serve the defendant:

      ⎡Attempt 1⎤

      Date: ___N-A_____ Time: _____

      Address: _____ (street)

      _____ (city, state, zip code)

Attempt 2
Date: _____N-A_____ Time: _____
Address: _____ (street)
_____ (city, state, zip code)

Attempt 3
Date: _____N-A_____ Time: _____
Address: _____ (street)
_____ (city, state, zip code)

I personally delivered copies to a person apparently in charge of the office or place of business who was at least 18 years of age and informed him or her of the general nature of the papers. I left the copies with:

Name: _____N-A._____
Date: _____ Time: _____
Address: _____ (street)
_____ (city, state, zip code)

I also mailed copies to the office or place of business addressed to the defendant on _____.
(date)

d. ☒ **Mail Service on a Defendant located outside California** in compliance with the California Code of Civil Procedure. I mailed copies to the defendant, located outside of California, via certified or registered mail to:

Name: Chris M. Savino
Date: 8/5/25    Time: _____
Address: 1848 Finn Avenue (street)
Van Alstyne, TX 75495 (city, state, zip code)

A copy of the signed return receipt is attached.

3
Proof of Service

5. My name, address, and telephone number are:

Choski Robinson (Full Name)
955 N lake Ave (Address Line 1)
Pasadena CA 91104 (Address Line 2)
626 753 1904 (Phone Number)

6. I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/5/25 at Pasadena CA.
(date) (place of signing)

Choski Robinson (Signature)
Choski Robinson (Name)

4
Proof of Service

```
                 Expected Delivery Date
                 Fri 08/08/2025
                 Tracking #:
                    9510 8154 7404 5217 2425 28
         Insurance                                    $0.00
             Up to $100.00 included
         Signature                                    $4.95
         Confirm
   Total                                             $15.95

   Priority Mail®        1                           $11.00
   Flat Rate Env
         Van Alstyne, TX 75495
         Flat Rate
         Expected Delivery Date
         Fri 08/08/2025
         Tracking #:
            9510 8154 7404 5217 2425 42
         Insurance                                    $0.00
             Up to $100.00 included
         Signature                                    $4.95
         Confirm
   Total                                             $15.95
   ─────────────────────────────────────────────────────────
   Grand Total:                                      $63.80
   ─────────────────────────────────────────────────────────
   Cash                                              $70.00
   Change                                            -$6.20
   ─────────────────────────────────────────────────────────


              TO REPORT AN ISSUE
         Visit https://emailus.usps.com


   In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
       Associate can show you how.

           TO FILE AN INSURANCE CLAIM
```